IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Nos. 1:16-CV-607 and 1:17-CV-452

| | |
|---|---|
| ROANOKE RIVER BASIN ASSOCIATION, ) ) ) Plaintiff, ) ) v. ) ) DUKE ENERGY PROGRESS, LLC ) ) Defendant. ) _____ ) | **JOINT STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Roanoke River Basin Association ("the Association") and Defendant Duke Energy Progress ("Duke Energy"), dismiss this Action with prejudice as moot, as set out below.

On February 5, 2020, the North Carolina Superior Court entered a consent order that resolves pending enforcement actions, brought by the State of North Carolina under North Carolina laws, in which the Association is a plaintiff-intervenor. The consent order requires Duke Energy to fully excavate the coal ash from the Mayo Ash Basin, the Roxboro West Ash Basin, the Roxboro East Ash Basin outside the footprint of the lined landfill, and other ash fill areas, and to dispose of the coal ash in lined landfill storage onsite or for beneficial reuse. The consent order further requires Duke Energy to comply with surface water discharge permits, state special orders by consent addressing seeps, and corrective action plans for remediating groundwater contamination at each site.

1

The Superior Court consent order renders moot the injunctive relief sought in these actions. Accordingly, the parties submit this joint stipulation of dismissal. Each party shall bear its own costs.

This 11th day of February, 2020.

**SOUTHERN ENVIRONMENTAL LAW CENTER**

/s/ Nicholas S. Torrey
Frank S. Holleman III
  N.C. Bar No. 43361
  fholleman@selcnc.org
Nicholas S. Torrey
  N.C. Bar No. 43382
  ntorrey@selcnc.org
Leslie Griffith
  N.C. Bar No. 50122
  lgriffith@selcnc.org
Megan Kimball
  N.C. Bar. No. 53837
  mkimball@selcnc.org
601 West Rosemary Street, Suite 220
Chapel Hill, NC 27516-2356
Telephone: (919) 967-1450
Facsimile: (919) 929-9421

*Attorneys for Plaintiff*
  *Roanoke River Basin Association*

**WILKINSON WALSH LLP**

Beth A. Wilkinson (admitted *pro hac vice*)
  D.C. Bar No. 462561
  bwilkinson@wilkinsonwalsh.com
Tamarra D. Matthews Johnson
(admitted *pro hac vice*)
  D.C. Bar No. 478284
  tmatthewsjohnson@wilkinsonwalsh.com
Kosta S. Stojilkovic (admitted *pro hac vice*)
  D.C. Bar No. 975963
  kstojilkovic@wilkinsonwalsh.com
James M. Rosenthal (admitted *pro hac vice*)
  D.C. Bar No. 456124
  jrosenthal@wilkinsonwalsh.com

Kieran Gostin (admitted *pro hac vice*)
  D.C. Bar No. 1019779
  kgostin@wilkinsonwalsh.com
2001 M Street NW, 10th Floor
Washington, DC 20036
(202) 847-4000

**HUNTON ANDREWS KURTH LLP**

/s/ Nash E. Long
  Nash E. Long
    N.C. Bar No. 24385
    nlong@HuntonAK.com
  Brent A. Rosser
    N.C. Bar No. 28781
    brosser@HuntonAK.com
  Melissa A. Romanzo
    N.C. Bar No. 38422
    mromanzo@HuntonAK.com
  Emma C. Merritt
    N.C. Bar No. 35446
    emerritt@HuntonAK.com
  Bank of America Plaza
  101 South Tryon Street, Suite 3500
  Charlotte, North Carolina 28280
  Telephone: (704) 378-4700
  Facsimile: (704) 378-4890

*Counsel for Defendant*
  *Duke Energy Progress, LLC*

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Joint Stipulation of Dismissal was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the users registered on the CM/ECF system.

This 11th day of February 2020.

/s/ Nicholas S. Torrey

4

Case 1:17-cv-00452-LCB-JLW   Document 165   Filed 02/11/20   Page 4 of 4